UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
11.3.2022
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

MEGGIN ANNE EVANS

CASE NO. 3:22-cr-144-TJC-PDB
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 28, 2021, in the Middle District of Florida, and elsewhere, the defendant,

MEGGIN ANNE EVANS,

did employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was actually transported and transmitted using a facility of interstate commerce, that is, by computer via cellular telephone and the internet.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO

On or about October 28, 2021, in the Middle District of Florida, and elsewhere, the defendant,

MEGGIN ANNE EVANS,

did knowingly distribute a visual depiction using any means and facility of interstate and foreign, that is, by computer via cellular telephone and the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE

On or about October 22, 2021, in the Middle District of Florida, and elsewhere, the defendant,

MEGGIN ANNE EVANS,

did knowingly receive a visual depiction using any means and facility of interstate and foreign, that is, by computer via cellular telephone and the internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, an Apple iPhone 12.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).



A TRUE BILL

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kelly S. Karase
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
11/3/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

MEGGIN ANNE EVANS

## INDICTMENT

Violations: Ct.  1:   18 U.S.C. § 2251(a)
           Cts. 2-3:  18 U.S.C. § 2252(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 3RD day of November, 2022.

_____
Clerk

Bail  $_____

GPO 863 525