**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 3:22-cr-144-WWB-PDB

**MEGGIN ANNE EVANS**
_____/

## NOTICE OF SUBMISSION OF MATERIALS FOR SENTENCING

The Defendant, **Meggin Anne Evans,** through undersigned counsel, files the following materials for the Court's consideration at the sentencing hearing currently scheduled for October 1, 2024, at 1:30 P.M.:

1. Letter of support from Alex W. Evans;
2. Letter of support from Darla Palevich;
3. Letter of support from Gary and Gloria Evans;
4. Letter of support from Haylee V. Kent;
5. Letter of support from Teresa Evans;
6. Letter of support from Tina Bryant;
7. Letter of support with Gerald Evans;
8. School transcripts;
9. Michigan State Police Record;
10. Cerebral mental health records (filed under seal);
11. Confidential report by Dr. Rohrer, Ph.D. (filed under seal)
12. Judgment filed in U.S. v. Smolinski, 3:22-cr-143-BJD-JBT;

13. Baker County Detention Center Medical Records (filed under seal).

Date: September 24, 2024.

**A. FITZGERALD HALL, ESQ.**
**FEDERAL DEFENDER**
**MDFL**

Respectfully Submitted By:

*/s/ Waffa J. Hanania, Esq.*
Waffa J. Hanania, Esq.
Assistant Federal Defender
Florida Bar No. 0888631
200 West Forsyth Street, Suite 1240
Jacksonville, Florida 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: waffa_hanania@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of September 2024, a true copy of the foregoing was served by electronic notification to Dawn Tiffin, Office of the United States Attorney.

*/s/ Waffa J. Hanania, Esq.*
Waffa J. Hanania, Esq.

2