Alex W. Evans

██████████

████████████████

████████████

Mechanicsville, MD

20659

3/7/2024

Honorable Judge,

    Thank you, Honorable Judge for hearing me out today. I am the younger brother of Meggin Evans who stands before you today. Meggin is an empathetic sister who supported me in my worst times. I can personally attest that she is capable of the work she needs to do for herself, to become a better person deserving of a second chance. She has overcome some very big, incomprehensible objects in her life. She has had to face multiple instances of sexual and physical abuse as a child. Meggin has also experienced issues with addiction and depression, which I believe to be a result of her childhood trauma.

    Growing up my sister was always my biggest advocate, and my best friend. I believe we developed a close bond due to the circumstances of our childhood. As a result, even as a young child, she wouldn't let anyone bully me and included me anytime she felt I needed to be included with her friends. Meggin was the one who brought my mental health issues into the light so I could get help. She stood by my side for the years of ups and downs I went through with my depression and addiction. She has always been one of my biggest supporters, even when I didn't particularly deserve it because she knew I was giving my best at the time. She brought my depression and suicidal thoughts to my parents' attention when I was 14. She pushed them to focus on me when she saw the pain I was going through. When I was 19, at the height of my addiction, she was the one who brought family and friends together for my benefit to help get me sober. She is largely the reason I went into rehab and was given a second chance in life. If not for her, I would have been consumed by the opioid epidemic.

    My sister has saved my life on more than one occasion. Because of this, I am the father of four beautiful children. I have a successful career and meaningful life. In part, because of her, I can care for myself and my family. Meggin can bring out the best in just about every person she meets.

    Your Honor, from the introspective work my sister has accomplished, I believe she deserves leniency. I know with continuing therapy she will show exemplary reformation. I believe the work my sister has done to improve herself shows that she deserves a second chance. So, I ask of a lighter sentencing for my sister, whom I love and miss every day.

Kindest Regards,

Alex W. Evans

February 28, 2024

To Whom It May Concern:

My name is Darla Palevich. My family have been friends with the Evans family for over 30 years. I have known Meggin Evans since she was a small child. When she was growing up she was a very sweet, sensitive child. She was always taking care of the smaller children. Being a military family is always difficult. Meggin was there helping her Mom with her brother and the home whenever Jerry was sent somewhere. She always said that she wanted to be a Mom herself and have lots of babies.

As a young adult she was friendly and always respectful. She joined the Army to serve her country the same as her parents. When she was discharged she returned home, got a job and again helped her parents. At one point she was studying to become a nurse. She always wanted to be in a position to help people.

I do not know what happened in her life to bring her to this point. I am sure she is truly remorseful and ashamed to have let down the people who mean the most to her, her children and her parents.  I agree with the decision of the court that she participated in a truly horrendous activity.  I understand that she is to be sentenced to some time in a correctional facility. I don't feel like she needs an extended time since I am positive she understands the seriousness of her actions. Her love for her family and her children and the pain she has put them through is enough of a deterrent to make sure she does not repeat her actions.

Sincerely,

Darla J Palevich

As Meggin's grandparents we want to say who we know her to be:

We know her as a caring, generous adult.  We know her as a proud and happy mother who worked tirelessly to care for and make a home for her children.  Her children are happy children, outgoing, brave and fun to be around.

We remember her as an energetic and fun teenager of 14 who came to visit us on the farm in MO. She was a fast, efficient worker even at that age. She could pick green beans faster than any adults and string and snap a bushel of beans the quickest we had seen.  She was not afraid of work and was happy to help.

Before and even after the twins were born (the birth of the twins gave her 5 children) she would prep freezer meals for her family and also prepare freezer meals for her Mom and Dad who were working full time. She would either take the meals frozen to her parents or she would cook two at a time at her house and have one of her parents pass by her house and pick up their prepared meal.  She has always been generous and giving. She wanted to do things for them in return for them watching the children when it was necessary.

While living in MD, Meggin held jobs working in home and outside the home. She has never been one to not contribute to the household income in order to pay the rent and provide food for her family.

We have fond memories of meeting her in SC to search for a new home for her family. She would knock on our hotel room door, grinning so big with a grinning twin on each hip. That was also the scene many times when she came to our home or met us for lunch after moving to FL.

She has always been willing to run errands for us, help with yard work and housework since she moved to FL.  She recently did all our prep for Hurricane Ian - - putting away yard items, filling up gas cans for the generator, picking up extra gas for the grill, water and supplies. She was generous with her energy and time.

We did not know the extent she was suffering with mental and emotional distress. We knew she had difficulty sleeping (especially with working nights part of the time and then during the day needing to give attention to the children partly at times when she needed to be resting).

As we all know health care is so limited if one does not have good health insurance and has no funds. She recognized she needed medical help and somehow was able to find help on line. She was diagnosed on line and received and trialed medications.  We do not know what worked or didn't;  she did not seem to get relief or feel better.

Meggin has told us many times that we did not need to worry about going to a care center when we get older; that she would take care of us. And, we believe she would.

As the situation became worse between her and her husband and he chose to pick another woman and was moving out; we knew she could not sustain with all

the children and all the expense of a home, etc. so we started looking at large houses which had an in-law suite. (Large enough for her, her kids and us.). It would have meant a safety net for her as well as peace of mind for us. We could help her; she could help us.

    We do not believe Meggin would ever willingly be involved in what she is accused of were it not for her husband. She has been emotionally abused by him for many years and yet, like many abused spouses, stayed with him despite the continued advice of her parents to leave him. She knew she could not provide for herself and her children as a single mother and so she was easily manipulated into staying when he would promise to change and beg her not to leave him all while he was having an affair or affairs behind her back.

    One thing we can say for sure is that Meggin would never harm her children. She loves her children and always wants the best for them and like many parents overindulged them sometimes with things they would have been better off without and the money spent on rent and food.

    Did Meggin always make wise decisions? Absolutely not! as evidenced by her and her husband's current troubles. Like many mothers with multiple children, unpaid rent, unpaid electric bills, kids needing medical attention, minimum wage jobs, needing psychiatric help and emotionally abused, she did things that were not only stupid but that she would not ordinarily have done.


Meggin's grandparents,
Gary and Gloria Evans

If we can be of further assistance, let us know. We can be reached at phone ▓▓▓▓▓▓▓▓ or by email at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

To Whom it May Concern,

I, Haylee V. Kent, Am writing this in regards to, Meggin Evans, As A character witness. I have known Mrs. Evans for a short period of time; but in the time i have known her she has been a good friend and A shoulder to cry on. One thing i can say is she is An Amazing person, A strong woman, And she is A role model for me And A few other girls in this dorm. She honestly has helped so many of us mentally And emotionally. Please take this character witness letter into consideration

Thank you,
Haylee Kent

16 June, 2024

Your Honor,

    My name is Teresa Evans, I am Meggin's mom. I wanted to take the time to perhaps assist you to understand Meggin better. I love my daughter, and we are close. I assure you I am capable of being impartial and seeing my daughter's faults. As a young woman we had many disagreements and as a young mother, I didn't agree with all of her parenting views. Despite those differences, I can tell you without hesitation, she is far more than what her charges indicate.

    My daughter has always been a people pleaser; she wants to make people happy, take care of them and be loved in return. Unfortunately, she had a hard time learning or enforcing boundaries. She's put herself in the position to be taken advantage of and manipulated many times. My sister's ex-husband groomed her and then molested her after having just lost her special grandma. I will always carry the guilt of not forcing her into therapy after being molested by her uncle. I believe that interaction impacted all of her future relationships with men. Shortly after that incident, her boyfriend's mom made space and time for her son to have sexual relations with my then 13 year old daughter to "get his anger and frustrations out". I learned of her sexual relations a few years later, after having been reassured by boyfriend's mother they were always chaperoned. This was followed up with her attendance at a party, where she was given drugs and alcohol and photographed in compromising positions without consent. Her father and I urged her to pursue charges, but she refused. Instead, his company commander gave him "a stern talking too". Those are just the traumas I'm aware of.

The prosecutor and her team have made Meggin out to be a predatory monster. Hearing the text messages between Meggin and Brandon, I can understand how they can think that way. I won't try and explain or justify what she did. But I would like to point out that she's never been accused of touching a child or laying hands on them. That it was Brandon who showed interest in girls and perverse sexual topics far earlier than that fateful October. When Meggin told me she was role playing and contributing to the conversation, to try and keep Brandon's love and interest, I believe her. When she said she had absolutely no intention of making any of the texts a reality, I believe her. Everybody who knows her believes her. I also believe the escalation in alcohol use and drug abuse contributed to her ability to behave in that manner and then block it out of her mind as a coping mechanism. Of course, even alcoholics and addicts know right from wrong, but that's part of their inner struggle, correct? I don't believe there were any further texts and certainly no actions taken from the texts.

She's so much more than what her charges say she is. She's a good, kind, loving person. She has always championed the underdog, been extra attentive to the elderly, children, animals all love her, and so many positive character traits to list. She's the type of person that can just make you feel better by being nearby. I believe her actions during that time period were an attempt to appease her husband. Having five children, with little support/help raising them, I think she was desperately afraid of being alone. I know how absolutely overwhelming and all-consuming raising five children can be. She put up with her husband's infidelities, insecurities, re-inventing himself, and mental health issues for many, many years. She'd get a job and be doing well, and he would make her quit to stay home with the kids,

although he himself couldn't, or wouldn't, hold a job. I think that moving to Florida, away from everyone but her grandparents, she felt isolated and alone. Adding that to her own mental health issues and addictions; it became the perfect storm. I sincerely believe that if it weren't for Brandon, you would have never known my daughter existed. I'm not excusing her behavior or blaming it on him. I don't believe though, that she'd ever harm a child. I think she was so caught up in desperation for "love" that she let her inhibitions go.

I, along with their grandfather, great-grandparents, and other grandparents are raising Meggin's children while she's incarcerated. Despite the chaos of their last year in Florida, they are happy, healthy, thriving children. They've adapted very well to being in Alabama. They miss their parents and old life, but have embraced their new lives. All five had a spectacular school year. The two oldest children each had a final grade of "C" in math, but otherwise all A's and B's. G███, the middle child, was all A honor roll. The twins both finished pre-K and were assessed as advanced and exceptional.

Part of their positive adjustment, I think, is that Meggin calls or videos with the kids nearly every day. Their counselor agrees that maintaining contact with their mother is essential to their emotional wellbeing. Meggin asks them about school, friends, etc. She quizzes them on spelling words and different topics of study. For Christmas, she made each child an artistic rendering of their name, with words describing their unique personalities and interests. She had me modge podge them to canvases and they are now hanging on their bedroom doors. The children, even the 4 year old twins, know that all they need to do is tell me they're missing momma, I send a text, and she calls. They love their mother and I think it would seriously jeopardize their adjustment and mental health to end their communication.

When the children become aware of their parents' charges, they may decide to cut off all communication, and if they do, we'll support that. As long as it's their choice. If you rule "no contact", we'll follow the law, and do our best for the children. But it won't be easy, and the kids will feel like they are being further punished for their parents' crimes. They are all looking forward to the day they can see her in person and physically give her a hug. We all know Meggin will never be able to be the mom she wanted to be. She'll not have the opportunity to kiss her kids goodnight or teach them to drive. I sincerely hope that you will continue to let her be the best mom she is able to be, under the circumstances. The kids need her in their lives. And she needs them in her life.

Since she's been incarcerated, I've seen a return of the old Meggin. She's more clear headed and focused. Despite periods of depression over her situation, she's looking at her future with positivity. She plans to take whatever classes she can, to continue her introspective work, and be ready for a life on the outside. She's gotten back to her faith and religion, having long distance conversations with her aunt and grandparents on theological issues. We've kind of started our own "book club. She's reading all the classics and I listen to them on audiobooks, then we discuss. Meggin's become a mentor to new inmates who arrive that are young, or scared, or recently going through withdrawals. She helps them to learn survival skills and coping mechanisms. For Christmas this last year she used commissary funds to buy hygiene products for some young inmates who didn't have anyone on the outside. She said she wanted everyone to have something and no one should alone. She's always been compassionate to those who are less fortunate than her. Yes, she's being generous with her father's money, but she could just as easily have used that money buying honey buns for herself. She's no danger to society and

would be an asset to any community willing to accept her. She's not just my daughter, she's my dear friend.

Your honor, Meggin has suffered greatly over the last year and a half. She's hit her rock bottom, lost everything except a few mementos in storage boxes, her children will be under our guardianship until they're 18, her friends have moved on, and her sister refuses to speak to her. In all likelihood, she'll never see her grandparents again. She's climbing out of her depths of despair. I know mandatory minimums are the law, but please, take the totality of Meggin's circumstances into consideration. There's no indication that she's a predator, waiting to make her move. She's a woman who got tangled up in drugs, deviant sexual role play, a toxic relationship, and regrets every minute of it. I think the outcome would be different if she were a man, but everyone wants to say "how could a mother"?

Thank you for taking time to read this. I hope you can positively incorporate these words into your sentencing decisions.

Sincerely,

Teresa Evans

February 29, 2024

To Whom It May Concern,

My name is Tina Bryant, Meggin Evans is my niece. When Meggin and her brother were young, I would spend my vacations each summer at the Evans home. I have wonderful memories of spending time with the Evans family. They would travel up to Michigan to visit family and friends usually once or twice a year.

Since Meggin's father was in the active Army, the family had been stationed in three different states and they spent time serving in Germany. There were times when Meggin's father had to go overseas to serve, leaving his family in the states. It can be difficult growing up while moving around so much, plus having your father deployed for months at a time.

Meggin always did well in school and had lots of friends. She looked forward to getting married and having a family of her own. Meggin grew up to be a fine young lady. She was so excited when she was expecting her first child, R███ I traveled to Maryland for Meggin and Brandon's wedding at the courthouse in 2013. Meggin was so happy! Their family grew to five children. I can imagine that was a bit overwhelming for a young mom. Brandon didn't have steady work. Meggin tried working some different jobs, but always had to quit to stay home and take care of her kids. Like many young wives, Meggin was eager to make her husband happy. I am not sure what all was happening in their home, but I know Meggin loves her kids.

I have been in communication with Meggin since she has been incarcerated. I have sent her Scriptures regularly, and she is always thankful to have them to read and share with her roommates. Meggin has been reading classic books, attends church services, and gets along well with her roommates.

I am certain that Meggin has learned her lesson that you can't go along with something that you know is wrong, trying to satisfy someone. I am asking for the shortest sentence possible for Meggin.

Sincerely,

Tina Bryant

18 September 2024

Your Honor,

    My name is Gerald Evans, and I am Meggin's father. I'm writing to speak to you about what may, or may not, be in the PSR as far as restrictions that may be imposed relative to Meggin's contact with her children while incarcerated after sentencing. I am not intending to speak about any mandatory minimum sentence that is required to be imposed by statute. Those are what they are and I don't think you have any leeway in imposing them.

    What I specifically wish to speak to is the court potentially restricting Meggin from having any contact with her children while incarcerated after sentencing. I would very respectfully ask that the court not do so as I do not think it would be in the best interests of her children. As Meggin would surely tell you, I'm quite a law-and-order individual. I believe that the law is the law and should be enforced. However, I also believe that there are circumstances where enforcement of a given law can, and regularly does, severely punish others for events over which they had no control whatsoever. I think that denying Meggin contact with her children would be one of those instances and the children would be victimized again more than they already have been.

    All of the children look forward to the audio and video calls with Meggin. When it's been several days between contacts they, especially the two youngest girls, will begin to ask when she is going to call next. Meggin always asks about their school life, outside activities, and life in general. She also makes them gifts for their birthdays, Christmas, and other holidays as she can with the meager supplies at hand. Overall, I think it is important to the mental health of all of the children that they maintain contact with their mother as often as possible.

    While there may indeed come a day when they no longer wish to have contact with Meggin, I don't think that day is today or any time soon, especially for the youngest ones. As long as it is an event that gives every appearance as being desirable and beneficial by and for the children, I would ask that it continue.

    Thank you taking the time to read this letter and, hopefully, incorporating what is here into Meggin's final sentencing.

Respectfully,

Gerald Evans

███████████