## Official Transcript

Prepared for: Federal Defender's Office on 07/25/2023
DID#: TWMQ4Z2M
Parchment Student ID: 66592327
Page 1 of 6

Mark T. Bedell, Ed.D., Superintendent

**Student Name:** Evans, Meggin A.
**Student ID:** [redacted]
**Grade:** 12
**Gender:** F
**Birth Place:** GA
**Date Of Birth:** [redacted]
**Parent Guardian:** Teresa Evans
Severn, MD 21144

**Enter Date:** 08/31/98
**Graduated:** 06/15/07
**Class Of:** 2007

GRADUATION CERTIFIED

**School Name/Address:**
Old Mill High School
600 Patriot Lane
Millersville, MD 21108
Tel: 410-969-9010   Fax: 969-1620
Counselor:

### Courses

**Old Mill Middle School - North Grd 09 6/2003**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| E61030 | SPANISH I | B | 1.000 |

Crd Att: 1.000  Cmp: 1.000  Weighted GPA: 3.000

**Old Mill High School Grd 09 1/2004**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A09913 | C ENGLISH 9 | B | 0.500 |
| B38913 | C US GOVT A | B | 0.500 |
| C26913 | C BIOLOGY | A | 0.500 |
| D27913 | C ALGEBRA I | C | 0.500 |
| E62013 | SPANISH II | B | 0.500 |
| H20010 | CHILD DEV 1 | B | 0.500 |
| L82010 | FIT LIFE I | B | 0.500 |
| Q85010 | KEYBOARDING | A | 0.500 |

Crd Att: 4.000  Cmp: 4.000  Weighted GPA: 3.125

**Old Mill High School Grd 09 6/2004**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A09923 | C ENGLISH 9 | B | 0.500 |
| A51020 | SPCH & DEBATE I | B | 0.500 |
| B39923 | C US GOVT B | B | 0.500 |
| C26923 | C BIOLOGY | B | 0.500 |
| D27923 | C ALGEBRA I | B | 0.500 |
| E62023 | SPANISH II | A | 0.500 |
| H20020 | CHILD DEV 1 | A | 0.500 |
| Q66020 | ADV KEYBOARDING | A | 0.500 |

Crd Att: 4.000  Cmp: 4.000  Weighted GPA: 3.375

**Old Mill High School Grd 10 1/2005**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A10913 | C ENGLISH 10 | B | 0.500 |
| B29913 | C WORLD CIV A | B | 0.500 |
| C40913 | C HUMAN PHYSIOLOGY | B | 0.500 |
| C45913 | C CHEMISTRY | B | 0.500 |
| D28913 | C GEOMETRY | C | 0.500 |
| E63710 | H SPANISH III | C | 0.500 |
| L58010 | WT TRN I | C | 0.500 |
| L70010 | HEALTH ED | B | 0.500 |

Crd Att: 4.000  Cmp: 4.000  Weighted GPA: 2.688

**Old Mill High School Grd 10 6/2005**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A10923 | C ENGLISH 10 | B | 0.500 |
| B30923 | C WORLD CIV B | B | 0.500 |
| B60923 | C PSYCH OF IND | A | 0.500 |
| C45923 | C CHEMISTRY | B | 0.500 |
| D28923 | C GEOMETRY | C | 0.500 |
| E63720 | H SPANISH III | C | 0.500 |
| F09020 | GUITAR I | A | 0.500 |
| R17020 | INTRO COMP SCI | B | 0.500 |

Crd Att: 4.000  Cmp: 4.000  Weighted GPA: 3.063

**Old Mill High School Grd 11 1/2006**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A11913 | C ENGLISH 11 | A | 0.500 |
| B20913 | C US HIST | A | 0.500 |
| C41710 | H ZOOLOGY | A | 0.500 |
| C55710 | H PHYSICS | B | 0.500 |
| C60913 | C ASTRONOMY | A | 0.500 |
| D29913 | C ALGEBRA II | B | 0.500 |
| F10010 | GUITAR II | B | 0.500 |
| L75010 | HUMAN SEXUALITY | A | 0.500 |

Crd Att: 4.000  Cmp: 4.000  Weighted GPA: 3.750

**Old Mill High School Grd 11 6/2006**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A11923 | C ENGLISH 11 | A | 0.500 |
| B20923 | C US HIST | B | 0.500 |
| C41720 | H ZOOLOGY | A | 0.500 |
| C55720 | H PHYSICS | B | 0.500 |
| D29923 | C ALGEBRA II | A | 0.500 |
| H72020 | SPORTS NUTR | A | 0.500 |
| L95020 | DRUG ED | A | 0.500 |
| Q39020 | BUSIN PRES | D | 0.500 |

Crd Att: 4.000  Cmp: 4.000  Weighted GPA: 3.500

**Old Mill High School Grd 12 1/2007**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A12913 | C ENGLISH 12 | A | 0.500 |
| B59913 | C GEN PSYCH | B | 0.500 |
| C81913 | C MARINE BIO | B | 0.500 |
| L59010 | WT TRN II | C | 0.500 |

Crd Att: 2.000  Cmp: 2.000  Weighted GPA: 3.000

**Old Mill High School Grd 12 6/2007**
| Crs ID | Course Title | Grade | Credit |
|---|---|---|---|
| A12923 | C ENGLISH 12 | D | 0.500 |
| C75923 | C OCEANOGRAPHY | E | |
| L37020 | TEAM SPT I | E | |
| L60920 | C WT TRN III | E | |

Crd Att: 2.000  Cmp: 0.500  Weighted GPA: 0.250

### GPA Summary
Weighted GPA: 3.017   Class rank is 227 of 560
Unweighted GPA: 2.966

### Testing Information
**Proficiency Tests**
| Test | Result | Score | Date |
|---|---|---|---|
| HSA-English 9 | Passed | 418 | 05/25/04 |
| HSA-Biology | Passed | 453 | 05/26/04 |
| HSA-Algebra I | Passed | 446 | 05/27/04 |
| HSA-US Government | Passed | 444 | 05/28/04 |
| HSA-English | Passed | 431 | 05/23/05 |
| HSA-Geometry | Passed | 436 | 05/25/05 |

**Academic Codes:** A=Advance Placement  H= Honors Level Course  C= Certificate of Merit  N= Non-academic Course

**Comments:**
Student Record Card 3

Service learning hours earned:
Grade 6 -15;
Grade 7 -10;
Grade 8 -10;
Grade 9 -20;
Grade 10 -20.
TOTAL 75

Transcript is unofficial unless signed by a school official.
Date: 07/09/07