

```
Information Provided

Name                  : Randall Strong
Date of Birth         : [REDACTED]
Gender                : Male
Race                  : White
Reason                : Other
Amount Paid           : $10.00
Order Date            : 6/17/2024 9:55:14 AM
Miscellaneous No      :
```

Based on the information provided, the following is a result of a search of the Michigan State Police criminal history files as of 6/17/2024 9:55:14 AM:

### Important: Information Contained in this Record

THE RECORD RESULT PROVIDED IS BASED ON A DATA MATCH AS EXPLAINED ON THE ICHAT HOME PAGE. THE ICHAT SYSTEM HAS LIMITATIONS THAT MAY CAUSE FALSE POSITIVES OR FALSE NEGATIVES. PLEASE REVIEW THE RESULTS CAREFULLY AND DO NOT TAKE ADVERSE ACTION BASED SOLELY ON THIS RECORD. IF YOU CANNOT DETERMINE THESE RESULTS DO NOT BELONG TO THIS INDIVIDUAL, AND THE INDIVIDUAL IS DISPUTING THE RECORD, PLEASE PROVIDE THAT INDIVIDUAL WITH A COPY OF THIS REPORT AND OFFER THAT INDIVIDUAL THE OPPORTUNITY TO PERFORM A RECORD CHALLENGE BY SUBMITTING FINGERPRINTS. THE PROCEDURES ARE EXPLAINED AT THE BOTTOM OF THIS PAGE. SINCE ARREST CONVICTIONS, OR CRIMINAL RECORD DELETIONS MAY OCCUR AT ANY TIME, DO NOT USE THIS INFORMATION FOR FUTURE CLEARANCES.

```
MICHIGAN CRIMINAL HISTORY RECORD INFORMATION MEETING DISSEMINATION CRITERIA
FOR SID: 2279507T AS OF 06/17/2024

   NAM: STRONG,RANDALL WALKER                              SID: 2279507T
   RAC: W          SEX: M           DOB:
   HGT: 600        WGT: 200         HAI: GRY
   EYE: BLU        POB: MI
                                                           MNU:

   CIZ:



   ADDITIONAL IDENTIFIERS AND COMMENTS:

===================================================================================
CRIMINAL TRACKING NUMBER: 230200312301           INCIDENT DATE: 10/17/2002
TCN/OCA: A103500200J/0218885
NAME USED: STRONG,RANDALL WALKER
===================================================================================
ARREST SEGMENT            : CHARGE SEGMENT            : JUDICIAL SEGMENT
========================= : ========================= : =========================
DATE: 10/17/2002          : DATE: 10/17/2002          : DATE: 12/13/2002
MI2312300                 : MI230013A                 : MI230025J
EATON COUNTY SHERIFF      : EATON COUNTY              : 56A DISTRICT COURT
   DEPARTMENT             :    PROSECUTING ATTORNEY   : CFN: 00002219FY
OCA: 0218885              : 1 CNT MCL 750.335A        :
1 CNT OF 3600             :    MISDEMEANOR            : CNT-1 MCL 750.335A
   MISDEMEANOR            :    INDECENT EXPOSURE      :    MISDEMEANOR
   SEX OFFENSE EXCLUDING  :                           :    INDECENT EXPOSURE
   ASSAULT AND            :                           : DISP: PLED GUILTY
   COMMERCIALZING         :                           : SENT/REMARKS:
DISP: CHGD BY PROSECUTOR  :                           : CONF-20D F/C/R-$1019
                          :                           :    PROB-24M
===================================================================================
DISSEMINATION OF CRIMINAL HISTORY RECORD INFORMATION (CHRI) VIA THE INTERNET
CRIMINAL HISTORY ACCESS TOOL IS IN COMPLIANCE WITH MICHIGAN COMPILED LAW
(MCL) 28.242a, WHICH STATES THAT ALL CHRI THAT IS SUPPORTED BY BIOMETRIC DATA
SHALL BE DISSEMINATED IN RESPONSE TO A NAME-BASED SEARCH OF THE CHRI DATABASE,
UNLESS THE CHRI IS NONPUBLIC (AS DEFINED BY MCL 769.16a) OR OTHERWISE
PROHIBITED BY LAW FROM BEING DISSEMINATED.
PURPOSE CODE USED NOT FORWARDED TO NCIC III
END MSG.
</MESSAGEDATA>
```




PROCEDURES FOR CORRECTING A RECORD

THE STEPS FOR CORRECTING A MISTAKEN OR INACCURATE RECORD ARE AS FOLLOWS:

1. WRONG PERSON - RECORDS THAT DO NOT BELONG TO THE INDIVIDUAL WHOSE NAME HAS BEEN SEARCHED

- IF THE INDIVIDUAL BELIEVES THAT THE RECORD DOES NOT BELONG TO HIM OR HER, THE INDIVIDUAL SHOULD GO TO THE NEAREST LAW ENFORCEMENT AGENCY AND REQUEST TO BE FINGERPRINTED ON A STATE APPLICANT FINGERPRINT CARD FOR THE PURPOSES OF "RECORD CHALLENGE"; CALL AHEAD TO VERIFY FEES AND/OR SERVICE HOURS. THERE IS NO CHARGE FOR SUCH FINGERPRINTING IF IT IS DONE AT A MICHIGAN STATE POLICE POST.

- THIS CARD SHOULD BE MAILED TO THE CRIMINAL JUSTICE INFORMATION CENTER WITH A COPY OF THIS RECORD AND A LETTER REQUESTING THE CRIMINAL JUSTICE INFORMATION CENTER TO VERIFY THAT THE ENCLOSED CRIMINAL RECORD DOES NOT BELONG TO HIM/HER. THERE IS NO FEE. THE ADDRESS IS:

    MICHIGAN STATE POLICE -- CJIC
    ATTN: RECORD CHALLENGE
    P.O. BOX 30634
    LANSING, MI 48909

2. RIGHT PERSON - INACCURATE, INCOMPLETE, OR OUT-OF-DATE INFORMATION

- SOMETIMES RECORDS CONTAIN REPORTING ERRORS. FOR EXAMPLE, THE NATURE OR DATE OF THE CONVICTION WAS REPORTED INCORRECTLY, OR THE RECORD CONTAINS A CONVICTION THAT SHOULD HAVE BEEN REMOVED FROM THE RECORD.

- IN SUCH CASES THE INDIVIDUAL SHOULD OBTAIN CERTIFIED COPIES OF THE COURT JUDGEMENT OR OTHER DOCUMENTS WHICH SHOW THAT THE INFORMATION CONTAINED ON THE CRIMINAL RECORD IS INCORRECT. IF THE PROOF PROVIDED IS SATISFACTORY, THE MICHIGAN STATE POLICE WILL MODIFY THE RECORD ACCORDINGLY. YOU MAY SEND THE DOCUMENTS TO:

    MICHIGAN STATE POLICE -- CJIC
    ATTN: CRIMINAL HISTORY RECORD CORRECTION
    P.O. BOX 30634
    LANSING, MI 48909